'CMR

E D Pa AO Pro Se 14 ( Rev 04/18) Complaint for Violation of Civil Rights

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

Case No. **19 . 4564**

*(to be filled in by the Clerk's Office)*

Michael Holliday

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names )*

-v-

Prime CARE MEDical
Berks county Jail system
Kenneth Wloczawski
GABRIEL PELaez
SEE ATTACH PAGE *Defendant(s)* (PAGE IA)
*(Write the full name of each defendant who is being sued If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names Do not include addresses here.)*



## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5 2 addresses the privacy and security concerns resulting from public access to electronic court files Under this rule, papers filed with the court should not contain an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number A filing may include only the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint

The Clerk will not file a civil complaint unless the person seeking relief pays the entire filing fee (currently $350) and an administrative fee (currently $50) in advance, or the person applies for and is granted in forma pauperis status pursuant to 28 U S C § 1915 A prisoner who seeks to proceed in forma pauperis must submit to the Clerk (1) a completed affidavit of poverty and (2) a copy of the trust fund account statement for the prisoner for the six month period immediately preceding the filing of the complaint, obtained from and certified as correct by the appropriate official of each prison at which the prisoner is or was confined for the preceding six months See 28 U S C § 1915(a)(2)

If the Judge enters an order granting a prisoner's application to proceed in forma pauperis, then the order will assess the filing fee (currently $350) against the prisoner and collect the fee by directing the agency having custody of the prisoner to deduct an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prison account or the average monthly balance in the prison account for the six-month period immediately preceding the filing of the complaint, as well as monthly installment payments equal to 20% of the preceding month's income credited to the account for each month that the balance of the account exceeds $10 00, until the entire filing fee has been paid See 28 U S C § 1915(b) **A prisoner who is granted leave to proceed in forma pauperis is obligated to pay the entire filing fee regardless of the outcome of the proceeding, and is not entitled to the return of any payments made toward the fee.**

PAGE 1A

Defendants

Prime CARE Medical

Berks County Jail System

Deputy WARden Smith

Jesse Kinsh

GABriel Pelaez

Kenneth Wbczewski

Officer Almquist "Country"

Officer Tassone

Officer ConRAD

Sat. Ackers

Nurse Leona

Officer Katwoski

---

#11.   NURSE Leona      Page 1A

Continued from Page 3A

Nurse for Prime cAre Medicd who dispenses

Methadone

3940 Locust Lane

Harrisburg, PA 17109

Individual & official Capacity

---

#12.  C/O KATwoski

Gaurd for BCJS was in medical unit

1287 County welfare R1

Leesport, PA 19533

Official and Individual Capacity

E D Pa  AO Pro Se 14 ( Rev  04/18) Complaint for Violation of Civil Rights

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                              Michael "Mike" Holliday
All other names by which          Holiday
you have been known:
ID Number                         BCJ # 2008-0808
Current Institution               Berks County Jail System
Address                           1287 County Welfare Rd
                                  Leesport          PA          19533
                                  City              State       Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

(See PAGE 2A) (See PAGE 3A)

Defendant No. 1
    Name                          Prime CARE Medical
    Job or Title *(if known)*     Medical Department for Berks County Jail
    Shield Number
    Employer
    Address                       3940 Locust Lane
                                  Harrisburg     PA          17109
                                  City           State       Zip Code
                                  ☑ Individual capacity   ☑ Official capacity

Defendant No. 2
    Name                          Berks County Jail System
    Job or Title *(if known)*     Prison or County Jail
    Shield Number
    Employer
    Address                       1287 County Welfare Rd
                                  Leesport       PA          19533
                                  City           State       Zip Code
                                  ☑ Individual capacity   ☐ Official capacity

B. Defendant PAGE 2A

1. Prime CARE medical
   Medical Department for Berks County Jail System

   - 3940 Locust Lane
   - Harrisburg, PA 17109
     INDividual and official capacity

2. Berks County Jail System
   Prison for Berks County.
   - 1287 County Welfare Rd
   Leesport PA 19533
   INDividual and official capacity

3. Kenneth Wloczewski
   Doctor for Prime CARE Medical

   - 3940 Locust lane.
   - Harrisburg, PA 17109
     INDividual AND official Capacity

4. GAbriel Pelaez
   Physician Assistant, Prime CARE medical

   - 3940 Locust Lane
   - Harrisburg, PA 17109
     INDividual & official Capacity.

5. Jesse Kirsh (Jesse Kirsch)
   Physician Assistant, Prime CARE medical
   - 3940 Locust Lane
   - Harrisburg, PA 17109
     INDividual & official capacity

   (SEE Page 3 A)

E D Pa AO Pro Se 14 ( Rev  04/18) Complaint for Violation of Civil Rights

Defendant No. 3
    Name                 Dr Kenneth Wbcrewsk:
    Job or Title *(if known)*    Docter working for Prime CARE mebr.1
    Shield Number
    Employer             Prime CARe medical
    Address              1287 County Welfare Rd
                       Leesport        PA      19533
                           *City*         *State*     *Zip Code*

    ☑ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name                 GABriot Pelaer
    Job or Title *(if known)*    Physician Assistant
    Shield Number
    Employer
    Address             Prime CARe Medical, 1287 County Welfare
                       Leesport        PA      19533
                           *City*         *State*     *Zip Code*

    ☑ Individual capacity    ☑ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
(See page '1 F')    A) Right to medical care
                B) Right to have access to grievance procedure
                C) Right to be free of corporal Punishment
                D) Be treated proportionally or Justect
                E) Free sexual Abuse or Harrasment

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

PAGE 3A Defendants Continued

6. Officer Amquist
Correctional officer for Berks County Prison / Jail System
Badge #
- 1287 count/welfare Rd
Leesport, PA 19533
Official & Individual Capacity.

7. Deputy WARDEN SMITH
Deputy WARDEN Berks County Jail System
BADGE #
- 1287 county welfare Rd
Leesport, PA 19533
Official & INDividual Capacities

8. Officer Tassone
Head of the Kitchen at Berks County JAIL SYSTEM
BADGE #
- 1287 county welfare Rd
Leesport, PA 19533
Official & INDividual Capacities

9. Officer ConRAD
An officer That works IN The DHU
BADGE #
= 1287 county welfare Rd
Leesport, PA 19533
.. Official and Individual Capacities

10. SGT. Ackers
The RHU Hearing Examiner. Runs the RHU
BADGE#
1287 county welfare RD
Leesport, PA 19533 Individual Capacities

E D Pa AO Pro Se 14 ( Rev  04/18) Complaint for Violation of Civil Rights

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. **(See p Age. 7A)**

**(See PAGE 9A)**

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☐  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☒  Other *(explain)*  __ Convicted and Sentenced county Inmate __

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.
   See Attached Pages 1F - 4F and 4FA, 3FA, 2FA
   See pages 4A, 9A

DR. Kenneth Wloczewski / Prime CARE MEDICAL
CAlled me down to Medical on August 21st 2018 at
8:15 - 9:00. Where he basically Told me to Stop
Sending in Grievances and Sick CAllS about my
Tachy cardia Condition where I Asked for
my Metropol Medication I am Prescribed on the
home by Dr Drkos and in the Past Cocalico Sports
Family Medervince. Asked Me to follow him to
A Cortained Area where I was roughed up and
Threatened. At Another Incident on September 4th
2019. I was Brought Down to model Around
10-11 AM where I was once Again Roughed up causing
Further Injury to my Right foot by GABRiel Pelaez and
Doctor Wloczewski. This left me frightened and
weary about using the Inmate Grievance System
As I could See little if Anything would be done and was
Told it was a "my word VS. Yours and I would Not
Be Believed " I have tried my Best to. Recall
The discussions and what took Place through Some words
are Not actual verbatim, it is a pretty accurate description
of the events and Very close to what was actually
SAiL. I have been denied Treatment for my
Tachy cardia Condition for Several Months and continue
to be denied + I have Taken Metroprol for Several Years
now easily verifiable
When requesting Bottom Bunk DoJ I had my foot Stomped
on By GABRiel Pelaez and Again Told to keep my
Mouth Shut about it by DR Wloczewski, & Told I wouldn't
be believed anyway. I have sent out Several Grievances
Some have been Returned others Have Not -
My Right foot is in Pain And Probably Permanent DAMAGE Done to it

F D Pa  AO Pro Se 14 ( Rev  04/18) Complaint for Violation of Civil Rights

C.  What date and approximate time did the events giving rise to your claim(s) occur?

I have Attached All Events that Are Relevant
To my claim along with Times that these Events Occured
See All Attached pages
1F-4F  4A, 2FQ, 3FQ, 4FQ

D.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

See Page 1F-4F And Page 4A, 2FQ, 3FQ, 4FQ

Witness Jibril Pagan was present when I was
Told Cream of wheat was Gluten FREE By
A Almquist by the Kitchen Staff who was working on
Behalf of the Prison.

Witness - Jibril Pagan - Anthony Linewenor - Page 2/0Q
Officer Shoellenberger - Nurse Liz (the white one) PAGE    Witness
        Nurse Leona

**V. Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.  See Page 1F-4F Page 4A

My Right Foot is Now Severely Damaged As A Result
of The Incident discussed on Page 8 4F Section 0
I continue to suffer with Anxiety and a Rapid
Heart Rate Since I have been Continiously to this
day 9-13-19 Not been Recorded my Methorbl.
- I have also Suffered Cruel and unusual Punishment
ans Indifference to my Medical Diet by being told
Cream of wheat is Gluten Free I am Sick. (See Page 5A)

**VI. Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.  See Page 6A Relief, oposite + Page 5Q

I Am Requesting An Amount of $1,250,000 as A Result
of Physical Damages that will Render me Incapable
of Performing My Previous work Duties. As A Result
Of Insurer To my Right Foot - Injuries, Stress, and
discrimination due to my Sexual Preference, Religion, and
The Jail Providing me what they called A Gluten
Free Diet Yet it Contains Gluten.
$ 75,000 From DR. Wbezewski   $ 50,000 From Dep. Vandensmith
$ 50,000 From Gabriel Pelaez   $ 25,000 From C/o
$ 50,000 From TESN

PAGE 6A Relief   SEE PAGE (5 Q Relief Summary)

My Right Foot has been irrepairably Damaged
I will Now be unable to perform my previous
work duties and will also have to pay for Medical
Costs Suffered as a Result. ,,

I WAS Kept off My Tachy CARDIa Medication
AND AS A Result have suffered under Stress
and Anxiety for Several Months Now with
No Alternative treatment As I was Taking
Metropolol for years prior to my incarceration
This Has most certainly Increased my Risk
for an Early ~~~~~~~~~ heart Attack or
Further Problems. When I went to the doctors to
GAdriol, Jesse, and DR. Ken I was ridiculed, called
A liar and ultimately Threatened and Intimated
and literally Told " Holliday Get the Fuck out of
Medical and stop the Grievances or we can
make your life hell." I went to go speak to a
SGT Browns on "P" block and he told me "go away wierdo"
When I Asked Jesse for help he said "Holliday You ur
A Fucking wierdo, do you really think Anyone
Will believe anything you say, Just look at yourself."
I know I have problems but I deserve to have my
medical needs met and Not be bullied and treated with
some level of respect and Dignity.

(9-13-19)
Afternoon meds

So, I Do Ask for Damages for future Medical Bills
lost wages and Amounts from Berks County Jail and
Prime Care medical for Creating this Bully Environment
where people that Are a Bit Different Are treated with
Such Indifference

E D Pa AO Pro Se 14 ( Rev 04/18) Complaint for Violation of Civil Rights

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Berks County Jail System

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

I put in several Grievances Most I Recieved A Response Some I have not. I have been threatened and even a ssaulted. and told nobody will beleive me, but I have used the procedure as best as I could

PAGE 3 A (CONT'D)

A) I Have taken metroprolol or Propanolol, or Lopressor for several years Because I suffer with Tachy CARDEA. I have been denied my Tachy CARDEA medication or an Alternate treatment This has left my Tachy CARPEA to go unchecked for several months now causing unnecessary damage and stress to my heart which has undoubtedly Increased my Risk for heart Attack or Stroke and Probubly Shortened my life, which could have been prevented had The Doctors at Prime CARE medical Simply Provided me with my Tachy CARDEA medicine or Some other treatment on 9-15-19 got dizzy, felt cold spot in the Head PASSED out

B) When Requesting a lower bunk D.O.T Gabriel Pelaez ~~stepped~~ stomped on my right foot causing damage that will effect my ability to perform Previous Job duties and will have to be treated.

C). My Left hand was given an X-RAY and shown to have a metal object ~~there~~ that was foreign to be lodged it is 9-13-19 still have not Received medical treatment *UPDATE - 9-27-19 - I Have seen outside specialist *

D). I Now an afraid of Authority Figures and no longer trust my Doctors or medical staff and Am more likely to keep future medical issues to myself especially in the Jail.

E) on Sept. 23rd 2019 was given a 100 mg dose of Another Inmates Methodone. which is potentially deadly for somebody suffering with Tachy CARDEA and especially Since my dose is only 16 mgs. I had a convulsion Perhaps a stroke. I have Stroke like symptoms Basically I'll be ill,

E D Pa AO Pro Se 14 ( Rev 04/18) Complaint for Violation of Civil Rights

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Berks County Prison or Berks County Jail System

2.  What did you claim in your grievance?

I have saved All copies of Return Grievances I will be included

3.  What was the result, if any?

I Repeatedly filed Grievances being Denied my Medication and so Any on my first after the Incident It Really Didn't have much of an purpose

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I Appealed Multiple Grievances And I have Saved the Responses I did Get Back
(See PAGE VII E)
(See Attached Grievances)

D. (Section 1983 allows defendants to be found liable only...)

I.) Prime care medial is a private company contracted by Berks County Jail System to treat inmate health needs

II). Berks County Jail System is the Jail owned by Berks county to house inmater

III) Dr Kenneth Wloczewski is a Doctor working for prime care medical. at Berks County Jail

IV) P.A. Jesse Kirsh is a Physician Assistant also employed by Prime care medical to treat Inmates Housed at Berks County Jail

V) P.A. GABRiel Palaez is a Physician Assistant working with Dr Wloczewski and P.A. Kirsh Treating inmates at Berks County Jail. As An Employee of Prime care medical.

VI) C/o Almqvist is an officer employee by BCJ

VII) C/o Conrad is an officer employed by BCJ

VIII) officer Tassone is in charge of the Kitchen at BCJ and controls what goes in a Diet

IX) Deputy warden Smith is a Deputy warden of BCJ and knew about my Tachy Carda Condition, yet failed to intervene or make Sure that Prime care medial Staff or Doctors had the proper information since I provided my Doctors name and location of his office and Medical Records could have easily been obtained (See Attached Grievance) (Also PAGE 3FQ)

F..  .  ,  If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

*I WAS Threatened ANP Attacked*
*For Filing grievances ond I Still Files*
*then any ways how the Jail Seems to*
*Not want To Return then.*

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I Informed Officer Shollenberger when*
*I got out of Disciplinary: Because I*
*Know I can Trust officer Shollenberger*
*He is Genuinly A Good Guy, On E-Block*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I would Attach All Relevant Information*
*or mail them to your Court.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

*I believe I Am Under Imminent danger of Serious physical Injury*

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

*Because I Am Still being Denied my Metroprlol Tarly LOPRTA*

[ ] Yes *medication to this day (9-13-19) And Remains to be ongoing*

[X] No *Issue which could cause me heart Attack or Stroke due to Rapid heart Rate condition that Continues to go untreated (See page 2 FQ)*

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

PAGE VII E

I Filed multiple Grievances Regarding these Matters with only A few Returned Response and No Relief.

Berks County Jail System Fosters An Environment of Fear and Intimidation, They Also Abuse those who they feel They can get away with such as, Inmates In PC, Disciplinary, Mental Health, Females, and Homosexual or LGBT Inmates. Inmates know they will Be Punished for creating an Inconvience. At Times The Jail has been known to recruit The Bigger Meaner Inmates to do the Dirty work to spread Fear and Intimidation while housed on "H" unit one of the Block Workers Ran into my cell told me "You Better Stop going to Medical if you know what is good for you" Then Punched me In my side. IN This Jail it is Best Not to Mention this To the Court because, well, that is exactly who Sent the Inmate In to my cell, or at least It Seemed this way. How the old Why else would he care that I go to Medical? Dr. Wloczewski, or the warden Has this guy Gabriel "Gabe" Pelaez working for the medical Team now I He is Fairly New not from what I witnessed it Appears he is some kind of Enforcer. I have Been Threatents By Him and Assaulted two times Now. I Asked C/o Shollenberg for help because I dont know who else to turn to Grievances have done nothing or have not been Returned Jail Has Been Known to punish Inmates who create waves even with food.

E D Pa AO Pro Se 14 ( Rev 04/18) Complaint for Violation of Civil Rights)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this
      action?

      ☐ Yes

      ☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is
      more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

      1.    Parties to the previous lawsuit

            Plaintiff(s)

            Defendant(s)

      2.    Court *(if federal court, name the district; if state court, name the county and State)*


      3.    Docket or index number


      4.    Name of Judge assigned to your case


      5.    Approximate date of filing lawsuit


      6.    Is the case still pending?

            ☐ Yes

            ☐ No

            If no, give the approximate date of disposition.

      7.    What was the result of the case? *(For example. Was the case dismissed? Was judgment entered
            in your favor?  Was the case appealed?)*



C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your
      imprisonment?

Injuries, Cost of Law, Harm and Damage.

1.) Berks county Jail system.

They are Responsible for housing Inmates.
Jail is Run by Fear and Intimidation

2) Prime care medical
They are contracting to Take care of Inmates medical needs

3) Kenneth Wlociewski — Prime care Medical Doctor.
Intimidation, Indifference to Medical needs,
sexual Harssment, discrimination.
Fostering an Environment of Fear and Intimidation

4) Gabriel Pelaez — Prime care Medical . P.A.
— See Wlocrewki
Pelaez seems to operate as DR.Kens Enforcer
discouraging Inmates from seeking Medical care
Probably to save Jail Time and money

5) Jesse Kirsh . Prime care medical P.A.
Pretty much the same as 3 & 4
Also He mocked, Ridiculed, and caused me
Not to be able to discuss my health
Gabbe & Jesse compliment each other and act in
Concert to discourage medical complaints

6) Deputy warden smith . BCJ
He knew About this situation
About it and ultimately it falls on him he allows
for this sort of Hostile Environment to flow with
Nothing

7) C/o Tassone — BCJ
Probly the Pretzel

8) C/o Almquist — BCJ
An Extension of D.w. Smith and act as
another Enforcer type Preventing me from
getting my Second Right

9) C/o Conrad BCJ
much like C/o Almquist Conrad is what is
known as a Bully, Picking on the weak
does not like white muslims and punishes
Inmates for it

E D Pa AO Pro Se 14 ( Rev 04/18) Complaint for Violation of Civil Rights

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)

Defendant(s)

2.    Court *(if federal court, name the district; if state court, name the county and State)*

3.    Docket or index number

4.    Name of Judge assigned to your case

5.    Approximate date of filing lawsuit

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

1.) ANTHONY Line weaver

Witnessed Nurse Leona give me his too mg
Dose of Methadone when I Should have only
got 16 mg. Also, Saw that when I
Returned from the 24 hour medical observation
Told me "Are you ok? It Seems something
happened to you, you just don't seem like yourself."

2.) Jibril PAGAN -

Witnessed Clo Abayuzel call kitchen to
Ask If Cream of Wheat was Gluten Free
they told him it was, which was not true

3.) Shallen brown.

Clo whom I Confided in about being
Physically Assaulted by "Gabe & Pelaez
and Threatnes by Dr. Wlocizewski

4.) Brenda At New Directions Methadone

Nurse who I overheard Nurse Leona discussing
how to respond to my being given too mgs
of Methadone

5.) The White Nurse Liz.

Witnessed me being treated after Nurse Leona
gave me a fatal Dose of Methodone
/ethal

E D Pa AO Pro Se 14 ( Rev 04/18) Complaint for Violation of Civil Rights

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     9 - 17 - 19

Signature of Plaintiff            *Michael H*

Printed Name of Plaintiff        *Michael Holiday*

Prison Identification #          *2008-0808*

Prison Address                   *1287 County Welfare Rd.*

*Leesport*          *PA*          *19533*
　　　　City　　　　　State　　　Zip Code

## B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

　　　　　　　　City　　　　　　State　　　　Zip Code

Telephone Number

E-mail Address

Added   Defendants Acting UNDER Color of Law

1.) NURSE Leona - Nurse working for Prime care Medical
    This nurse works in the Medical Department
    Showed Indifference or Gross negligence by
    accidently giving me another Inmates 100 mg
    Dose of Methodone, when I am only on 15mgr.
    For Somebody Suffering with untreated TachyCARdia
    This could potentially be fatal even with a
    Patient who does not Suffer from Tachy cardia

2.) C/o Katwoski - Officer Employed by
    Berks County Jail System
      he was working in the Medical unit and
    was tasked with watching Inmates in observation
    on his watch I Suffered a Seizure, convultion,
    or what was most likely a Stroke. and he
    left me to lay there and did nothing but
    call me a "dickhead and liar" This happened
    on Sept 23, 2019. My Symptoms are still
    Present on Sept 27, 2019 and I Still have
    not Been given a CATScan or an MRI to
    determine if I have Suffered brain Damage.

MICHAEL J. HOLLIDAY

**PLAINTIFF**

VSS

1. Kenneth Wloczewski  DR.

2. Gabriel Pelaez  P.A

3. Jesse Kirsh P.A.    / Nurse Leona

4. ~~Officer Mendenhall~~ — Officer Almquist

5. ~~Officer Conrad~~    Officer Tassone

(THEIR INDIVIDUAL AND/OR OFFICIAL
  CAPACITIES)

6. Deputy Warden Smith / Officer Conrad

7. Prime Care Medical / SGT. Ackers

8. Berks COunty Jail Systemm / Officer Katwoski

IN THE UNITED STATES DISTRICT COURT1
EASTERN DISTRICT PENNSYLVANIA

CIVIL DIVISION

DOCKET #:

JURY TRIAL DEMANDED

## 1983 CIVIL ACTION COMPLAINT

Jurisdictional Statement:

Under 42 U.S.C. 1983, you may sue State or Local Officials for
the deprivation of any rights , privilidges, or immunities, secured
by the Constitution, and [Federal Laws]

I. Parties

  Plaintiff: Michael J. Holliday

  Defendants: Prime Care Medical
              Berks COunty Jail System
              Dr.Kenneth Wloczewski / Nurse Leona
              Gabriel Pelaez P.A.  / Officer Katwoski
              Jesse Kirsh P.A.
              ~~Officer Mendenhall~~  Officer Almquist
              ~~Officer Conrad~~  Officer Tassone
              Deputy Warden Smith
              Officer Conrad / SGT. Ackers

  Violation Of Rights:

  A) Right to Medical Care
  B) Right to have access to grievance procedure
  C) Right to be free of corporal punishment
  D) Be treated impartially and justly
  E) Free Sexual Abuse or Harrassment

II. Exhaustion of Grievance System:

    I have copies of several grievances and appeals to the grievances.
    I was even assaulted and threatened for using the grievance system.
    There are a few grievances I never got a response on.

## II. FACTS

1) ALL Parties acted under color of law at all times relevant to the complaint.
2) ALL Parties acted outside their scope of duty.
3) ALL Parties acted in concert.

## FACTUAL ALLEGATIONS:

A) On June 21st, 2019, I was incarcerated at Berks COunty Jail System in Leesport, PA in the County of Berks. Sometime that evening I talked to a Nurse who worked with the Medical Department (PRime Care Medical Inc) who's job it was to admit new inmates. I explained to this nurse that I have to take Metropolol for tachycardia, my ankle is swollen and I am having trouble walking around and would require a Bottom Bunk DOJ. That I take Methadone at New Directions Treatment in West Reading,PA. That I have a bladder condition where at times I a have trouble with urinating and require catheters (French 14 size). That I also have a metal object lodged in my hand that needs to be addressed. I told this nurse that they can verify all this information through my Doctor at Arias Clinic at 525 Penn Street Reading Pa. Dr.Arias.

B) On June 25th, 2019, I was found guilty for"failure to Provide Urine Specimen". Because I was unable to urinate, due to my condition with my bladder. I was given 15 days in RHU(Disciplinary Unit).

C) On July 3rd, 2019, because I still have not been provided with my catheters for urinating and still not given Metropolol for my tachycardia condition, nor the DOJ I required for the Lower Bunk. All my sick calls were starting to be ignored, I decided to submit a Grievance.

D) On July 12th, I was brought down to medical to talk with a Gabriel "Gabe" Pelaez P.A. I notified Gabe that I was supposed to be taking Metropolol for Tachycardia and required the use of catheters for a bladder condition (Urine Retention) at times. I also discussed with him how I was having trouble getting in and out of the Bunk and would require a lower bunk DOJ. I discussed with him my Need for a Glutten Free Diet at this time, that I get acid reflux and throw up if I eat too much wheat products or gluten products.

E) At this time I was continueously being interrupted by Jesse Kirsch P.A. where he kept making statements such as, "Bullshit Holliday" and, "Yeah Right" in a high pitched tone. Creating a situation where I could no longer discuss my medical concerns and an arguement ensued. Dr. Pelaez told me he needed me to sign a release form to get my records from DR.Arias at 525 Penn Street in Reading , pa, and Rite Aid on Penn Street in Reading, PA.

F) I still have not gotten my catheters or Metropolol. I have taken Metropolol for several years now. Prescribed by Doctors at Cocalico SPorts Family Medicine in Adamstown, PA and Dr.Arias in Reading. For Tachycardia. A condition where your heart rate is too fast.

G) ON August 15th 2019, I noticed my left hand begin to swell and my arm turn red and discolored, so I submitted a sick call slip. The next day I was stopped in the medline by the Nurse MArgaret who began to loudly discuss my hand in front of all the inmates.

H) ON AUGUST 19th, 2019 I WAS given an XRAY of my hand where they and found a foreign metal object lodged in my hand as the sorce.

Today is 9-25-2019, I have been incarcerated at Berks County Jail since June 21st 2019. This entire time I have consistently complained to jail staff aswell as the Medical Department(Prime Care Medical) about my Tachycardia Condition, and the need for Metropolol. Since the time of my incarceration I have been denied Metropolol and have continued to be denied this medicatoon . I have written multiplel sick calls
several greivances, to no avial and I have been mocked, threatened, assaulted, and intimidated and told to keep my mouth shut. For the past 3 months I have experienced extreme rapid heart beat, chest pain, high and low blood pressure. I can tell I am not well and myu health is in decline. I am concerned about suffering a heart attack or a strokEe .

&- as a result of being denied this medication not to mention the damage that continues to be caused as long as I am being denied this medicine while I am in this jail under the Medical Supervision of Prime Care Medical and Berks County Jail System.

On September 15th, 2019, I got up to get a glass of water sometime late after lights out and I got really light headed and dizzy, and noticed a buzzing type sound, along with a cold feeling in my head.

A passed out and woke up later on at breakfast time to the door lock popping open. I notified jail staff along with the medical department they have yet to have followed up to my complaint.

On September 23rd, 2019 , I was given a lethal dose of methadone, which is an act of gross negligence on the part of the medical team, seeing as how I only take a 16 milligram dose of methadone and the dose I was given was 100 mgs, an amount that could have potentially killed me.

I was placed upstairs in Medicals "O unit" , usually reserved for suicide watch inmates, but I was placed there and suffered what I believe to have been a seizure. I got really light headed, and lost control o as the whole room began to shake, I fell out and woke up hours later o what felt like hours later as I was unaware of the time. This was witnessed by a C/O Katowski, who told me , "You are a liar and a dick!"

After this incident I noticed much of the same symptoms as I had days prior began to return or appear worse. My arm is even weaker than it was the last time I experience something similiar. My speech has gotten much worse, it is even more difficult to form sentences and thinking is a task in itself.  Performing the most mundane or basic tasks is a struggle.

I believe that the combination of being denied my tachycardia medication (metropolol) along with being    given this dangerously high dose of methadone (100 mgs when I only take 16 mgs) has caused me to suffer some kind of seizure or stroke that has in turn caused me some kind of Brain damage.

I am requesting the courts emergency intervention, as my symptoms are only getting much more severe. I am in dire need of being placed back on Metropolol for tachycardia, and being given an MRI or Catscan to find out what damage, or damage is being done to my brain, as a result of the lack of medical treatment I have received here at the jail.

I also need an XRAY on my right foot, because I have been having difficulty walking after DR. Pelaez stepped on my foot.

I) I noticed on August 20th my whole arm become red and my hand swell up, and I notified C/O Mendenhall and requested to go to medical. He refused to even call the Medical Department, let alone call them to make them aware of my situation. This happened at night Rec.

J) On August 21st I was called down to medical 8-21-2019, at about 8:15-9:00. I was called down to speak with a Dr. Kenneth Wloczewski. He told me to stop putting in sick calls and greviences. Asked me if I was really a gay muslim. Then told me that he didn't think muslims liked gay people, and said something along the lines of "I wander how the other muslims will feel about your previous homosexual lifestyle? " THen told me unless I wanted them to find out about it that I stopped putting in sick calls and greviences about the Metropolol and whatever else it was I had been complaining about. He then threatened to ,. "But your faggot ass in there with Peaches, and let him have a go with ya." (THis guy peaches is a well known big gay guy that was in the jail and beat up his celly and raped him) The jail has been known for placing inmates in cells with people that they know they will have problems with as a form of punishment or retaliation , so I did not perceive this to be an idle threat.

After making this threat, Dr. Wloczewski lead me into an area with curtains (Examining area with a bed) and called over Gabriel "Gabe" Pelaez and told him "THis guy HOlliday has been giving us trouble. Show him what we do to fags that give the medical team trouble". He then proceeded to draw the curtains as Gabe Pelaez sucker punched me in my face. I was in shock.

After this Dr. Wloczewski sent me back to the block and said, "You better not be giving medical no more problems." After telling me : that if I mention the incedent it will only cause me trouble as I will not be believed. I have reported this to a few C/O's that I trust not to retaliate or cause me trouble . I discussed this on 2 occasions with C/O SHollenberger. I put in a grevience and wrote the warden and I am waiting the response.

K) After this incident, I am weary to put in any further grievance, and decided to do so anyways on 8-23-2019. I still have not received a response.

L) on August 24th, 2019. I told Officer Reyes my ankle was swelling up after walking around the yard. He sent me along to medical. I showed the nurse down there, this was about 5-6 PM on my way out. of medical an officer called me to stop and had me sent to the Disciplinary Unit. I was placed in a shower. I was told to strip down I got out of the shower to inspect my property . I asked where my Quran was at. THen the Staff's whole demeanor changed up on me C/O Conrad said, "A White Muslim? What The FUck?" They had me walk to my cell and on the way I heard C/O Conrad say , "This guy is a white Muslim, make sure he don't get a mattress". In the DHU they will take your mattress, but only if you are a trouble maker. These guys took my mattress for being a white muslim. I also believe officer conrad may have taken my or some of my greviences.

PAGE 3F Q

ON About 8-30-19, I recieved a Response
to my one Grievience stating by Deputy
WARDEN SMITH That Rite AID ON PENN
STREET AND ANDERSON Pharmacy were
Both CALLED and I Supposedly dont take
or have a Record of this Medication METRopold
This is Obviously an ERROR and could have
easily been verified, either by CONTACTING
My Doctor "DR. ARIAS", or by Requesting
Pharmacy Records for the PAST 12 MonTHS.
I have no REASON TO MAKE this up.
The Deputy WARDEN Should have taken
More Initiative and Contacted MY DoctoR or
The Pharmacy, Rather than Just completly
Relying on Prime CARE Medical, Ultimately
Berks County JAIL Is Responsible for
My Well Being.

PAGE 4F

M) On August 31st, 2019, At dinner meds I complained to Nurse Kyle about my swollen ankle that I have been complaining about for weeks now and have still not seen the doctor for. I attempted to explain to him how this maybe a result of me not getting my: Tachycardia Pill (Metropolol) like I should have been getting. I tried to explain to him how the last time I stopped taking this pill I wound up in the hospital. He said, " That's a bunch of bullshit". "I know who you are and I don't care", and then he slammed the slot shut in my face. I also put in a grevience about my ankle on AUgust 29th 2019.

N) ABout September 3rd or 4th they forced me to share a cell with another inmate who also had a bottom bunk DOJ. We had to fight over who got the bottom bunk and we were made to share a cell for at least 2 days.

O) On September 4th 2019, I was called down to medical from the Disciplinary Unit (RHU) around 10-11:00 AM, I was asked to step behind the curtain by DR. Gabriel Pelaez, "What did Dr. Wloczewski tell you?", Gabriel Pelaez said, "Which foot is it?" I pointed to my right foot at which point DR. Pelaez proceeded to stomp really hard on my right foot, then told me," There you want the bottom bunk there's your bottom bunk DOJ". At this time I told Dr. Pelaez that I am not gonna put up with this you really hurt my foot, I am going to the LT. Castro. THen "Gabe" Pelaez called DR. Wloczewski into the curtained area and DR.Wloczewski said, "Holliday, what did I tell you? You going to tell? GO For it. Who do you think will be believed? It will be medical staff's word versus yours, Now get the fuck out of here and if you breath a word about this to anyone we can make your life a living hell!"

P) On September 4th, 2019, while I was in RHU there are these really loose metal pipes that are in the corner of the cell I was unable to sleep all nite long as the inmate below me kept shaking the metal pipe. In fact, on a previous visit to the RHU I was in a cell on the lower tier and there was another metal pole in this cell also, where the inmate in the cell above me would shake the pole and make it "Rain" urine down through the crack - - - -- around the pole. This urine was leaking down all over me as I slept. I told C/O Conrad and he told me, "Shut up ;Holliday,, quit your bitching, this is all just apart of being in Delta(RHU)". So , apparently having Urine made to "Rain" on you as you sleep i all just a part of the experience, according to this guard .

T) Today is September 19th 2019, I still have not been seen for the incident on September 15th, I put in a sick call days ago. I brought this up to the night med nurse on med pass and she said "Now is not the time or the place to discuss this". I have not been feeling well for the past few days. My left arm is weak feeling and I have been having trouble forming proper sentences and even have been sluring my words. I fear as a result of not being given my Metropolol medication that I have taken for Tachycardia for years that I may have suffered a brain Injury.I am requesting the courts immediate intervention to get put back on Metropolol and be given an MRI or CATSCAN to find out if I have indeed suffered a stroke.

(September 15th 2019, Passed out after becoming dizzy after lights out didnt wake up until breakfast time hours later, havent felt no...

Q) On September 12th, 2019. I went down to get my Breakfast Tray
on "I Block" I am on a Gluten Free Diet for a Medical Condition.
C/O Almquist was working the block. There was Cream of Wheat on my
tray which I believed to contain Gluten. I pointed this out to
C/O Almquist and he said , "Holliday, what the fuck do you want?"
He called the Kitchen and asked ,"Does Holliday get a Gluten Free
Diet?", then he hung up the phone and told me to do what I got to
do,"I dont give a fuck." The C/O should have told the kitchen there
was Cream of Wheat on a Gluten Free Tray, but instead I was lead to
believe it was ok for my diet, when in fact it was not. I wound up
getting very ill that day and into the next morning, because I thought
maybe it is Gluten Free after all and wound up eating some of it.
The kitchen staff should know what is supposed to be on my diet tray,
and make sure to give me the proper meal and the C/O on my block
shouldn't show such indifference and disregard for my medical needs.
I do have a grievance I wrote up for this incident , but I am very
hesitant to turn it in, due to my prior experiences and my knowledge
that Berks COUnty Jail-is known for using inmate food trays as a
form of punishment or leverage and the fact I have a medically necessary
diet with my name on it, I am afraid to file it at the moment. I
fear retaliation, like before.

R) On, September 23rd 2019, at around 8:00-9:00 AM I was called down
to medical and I signed for my methadone dose. Nurse Leona was the
nurse dispensing the Doses on this day. It seemed like my dose was
alot stronger than usual. When I got back to I-Block my celly Inmate
Lineweaver told me that the nurse made a mistake and gave me his dose
instead of mine. I asked him how much his dose was and he told me
it was 100 Mgs. I only take 16 mgs right now, so this is a lethal
dose for me to take. I began to notice that I felt lethargic and
very tired. I started to fall out of the chair I was sitting in and
I did not feel normal. I was nodding out. The Medical department
placed me in an observation cell with a camera. I told C/O Katwoski
that I wasn't feeling good. Then I felt a pain in my head and a
ice cold feeling and I got very dizzy and everything began to shake
. I woke up on the ground in my cell O-220, and wiped foam off my
face. C/O Katwoski witnessed this happening to me, and when I told
him what was going on he said , "You're a liar and a dickhead".
I told several C/O's and Nurses about this. I told Jesse Kirsch,
nurse maggie, C/O Hoffman, My symptoms include; my arm is feeling
weak, my coordination and balance is off, my words are slurring,
and I am having trouble forming sentences. I believe that I may
have suffered some brain damage as a result of this incident, and
I strongly feel that the jail should pay for me to have an MRI or
Catscan to find out if there is something going on in there, maybe
a stroke or something, as a result of todays incident.

S) Prime Care Medical, is completely aware that I have Tachycardia,
they have denied me my medication (Metropolol) from the very
beginning of my incarceration. Now they have given me another inmates
methadone dose, 100 mgs which can be a fatal dose, when my regular
dose is only 16 mgs. It is not unusual for a person who accidently
takes such a high dose to suffer seizures and the medical department
has ignored my symptoms. Do to their gross negligence, I have suffered
irrepairable damage. I feel like my level of inteligence has decreased
Recently I was on the presidents list at RACC and had a 3.9 GPA
at this time I very much doubt I would be able to continue this GPA
after the damage that was done as a result of being given way too
much methadone.

PAGE 5Q (Relief and Damages in Summary)


1. Since my incarceration I have been continueously denied Metropolol
a medication that I have taken for several years, prescribed by
Dr.Arias and Dr.Giedell before him.
2..I have put in several grievences requesting to be put on this
medication that I was getting for treatment of Tachycardia.
3. I was threatened and assaulted and warned to not put in any
further grievances or sick calls.
4. I have suffered anxiety and chest pain daily as a result, and
I have even gotten dizzy and fainted waking up hours later, and
told the medical team , and was met with silence as my  complaint
went ignored.
5. Dr.Pelaez has punched me, and even stomped on my right foot,
which is still in pain to this day.
6. All this has culminated in what I believe to have possibly been
a mild or moderate stroke on September 23rd 2019, the day that
Nurse Leona accidently gave me a 100 mg dose of methadone, when
I only am supposed to get a 16 mg dose at this time. New Directions
CLinic , along with Jesse  kirsch are aware that this happened as
New Directions was called to ask for advice after the incident.
                              Katwski
 I was placed in cell O-220 where C/O Katkowski witness me having
convulsions or "seizing out" and left me to lay there for an undetermined
amount of time, after which he came to  my cell and said " Are you
threw now you dickhead...i believe you are a liar " ..

7. As a result of this incident my left arm has become weaker, my
speech has become slurred, and I feel I am having a hard time
forming sentences and trouble performing basic tasks that I once
could do with ease. I feel a bit offbalance in my coordination, my
gait.

8.   I am asking to be given an MRI or GatScan, to be placed back
on my Tachycardia medication and given an EKG. I neèd the courts
immediate intervention as I feel that my health has been in a steady
decline, since I have been in this Jail and denied my Tachycardia
Medication Metropolol.

9. I am requesting for Damages in the Amount of 500,000 Dollars.

Dr.Wloczewski - 100,000
Gabriel Pelaez - 100,000
Jesse Kirsch - 100,000
D.W. Smith - 75,000
SGT. Ackers- 25,000
Officer Conrad - 25,000
Officer Almquist- 25,000
Officer Katwoski - 25,000
Officer Tassone - 25,000
Nurse Leona

 Damages Are related to Pain and Suffering, FUture Lost Wages, Medical Bills,
and whatever else the court deems necessary.



Name Michael Holliday
CP# _2008_-080
Housing Unit R 2a2
Berks County Jail System
1287 County Welfare Rd
Leesport, PA 195 33-9397

U.S. POSTAGE PITNEY BOWES
000.30°
0001365964 SEP 30 2019
Barn Swallow

Clerks office
U.S. District Court, ED of PA
2609 U.S. Court House
601 Market Street      30
Philadelphia, PA 19106-1797

U.S.M.S.
X-RAY