IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL HOLLIDAY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-4564 |
| | : | |
| PRIME CARE MEDICAL, *et al.*, | : | |
|     Defendants. | : | |

# ORDER

AND NOW, this 6th day of November, 2019, upon consideration of Plaintiff Michael Holliday's Motions for Leave to Proceed *In Forma Pauperis* (ECF Nos. 4 and 12), Motion Requesting Additional Time to File *In Forma Pauperis* (ECF No. 6), Motion to Submit Additional Details (ECF No. 7), Motion Requesting Case Status, Requesting Relief of Court, and to Submit Evidence (ECF No. 8), Motion Adding Additional Details (ECF No. 9), Motion to Submit Additional Details (ECF No. 10), and Motion to Add Details/Motion for Case Status (ECF No. 13), it is **ORDERED** that:

    1.    Leave to proceed *in forma pauperis* is **GRANTED** (ECF No. 4 and 12) pursuant to 28 U.S.C. § 1915.

    2.    Michael Holliday, #2008-0808, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Berks County Prison or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Holliday's inmate account; or (b) the average monthly balance in Holliday's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to

the docket number for this case. In each succeeding month when the amount in Holliday's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Holliday's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is directed to **SEND** a copy of this Order to the Warden of Berk County Jail.

4. Holliday's Motion Requesting Additional Time to File *In Forma Pauperis* (ECF No. 6) is **DENIED AS MOOT**.

5. Holliday's Motion to Submit Additional Details (ECF No. 7), Motion Adding Additional Details (ECF No. 9), Motion to Submit Additional Details (ECF No. 10), and Motion to Add Details/Motion for Case Status (ECF No. 13) are construed as Motions to Amend and are **GRANTED**.

6. Holliday is given thirty (30) days to file an amended complaint. Any amended complaint shall identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint, shall state the basis for Holliday's claims against each defendant, and shall bear the title "Amended Complaint" and the case number 19-4564. Holliday's amended complaint must be a ***single, comprehensive document*** that includes all of the bases for Holliday's claims. Claims that are not included in the amended complaint will not be considered part of this case. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

7. Holliday's Motion Requesting Case Status, Requesting Relief of Court, and to Submit Evidence (ECF No. 8) is **GRANTED IN PART** and **DENIED WITHOUT PREJUDICE IN PART** as set forth in the accompanying Memorandum.

8. If Holliday fails to file an amended complaint in accordance with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**