# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL HOLLIDAY,** : | |
|    Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-CV-4564** |
| : | |
| **PRIME CARE MEDICAL,** *et al.*, : | |
|    Defendants. : | |

## ORDER

**AND NOW**, this 31st day of March 2023, upon consideration of Defendants' Motions for Summary Judgment [Doc. Nos. 67 and 68], the response thereto, and the record, and for the reasons explained in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motions are **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice**. The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**